### 14105.   TONEY *v.* THE STATE.

BROYLES, C. J.   1. .The evidence connecting the accused with the perpetration of the offense was not wholly' circumstantial, and the failure of the court to charge the jury the law of circumstantial evidence was not error, there being no request for such instruction.

2. The other grounds of the amendment to the motion for a new trial are without substantial merit, and the verdict was authorized by the evidence. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 7, 1923.

Indictment for possession of liquor; from DeKalb superior court — Judge Hutcheson.   November 18, 1922.

*C. G. Battle,* for plaintiff in error.

*A. M. Brand, solicitor-general,* contra.